# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CRESTMARK, a division of METABANK, NATIONAL ASSOCIATION, | NOTICE OF RECEIVERSHIP PURSUANT TO 28 U.S.C. § 754 |
| Plaintiff, | Misc. No. _____ |
| v. | |
| SILVER BIRCH SYSTEMS LLC; and DANIEL T. OSHATZ, individually. | United States District Court Southern District of Michigan Case No. 22-cv-10092 |
| Defendants. _____/ | Hon. Bernard A. Friedman Mag. Judge Anthony P. Patti |

## NOTICE OF RECEIVERSHIP PURSUANT TO 28 U.S.C. § 754

Scott Eisenberg, the Court-Appointed Receiver, hereby provides notice, pursuant to 28 U.S.C. § 754, that on March 22, 2022 the United States District Court for the Southern District of Michigan an Order Appointing Receiver appointing him as Receiver for Silver Birch Systems, LLC, in the matter of Crestmark, a division of Metabank, N.A. v. Silver Birch Systems, LLC et al., Case No. 2:22-cv-10092.  A true and correct copy of the Complaint and the Order Appointing Receiver are respectively attached hereto as Exhibits 1 and 2.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**
Counsel for the Court-Appointed Receiver
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law
Email: ependergraft@slp.law

By:   */s/ Bradley S. Shraiberg*
       Bradley S. Shraiberg
       Florida Bar No. 121622
       Eric Pendergraft
       Fla. Bar No. 91927